**98–290.   State v. Filkins.**
Lake App. No. 97–L–225.   On motion for leave to file delayed appeal.   Motion denied.
PFEIFER, J., dissents.

**98–293.   State v. Benten.**
Cuyahoga App. No. 70415.   On motion for leave to file delayed appeal.   Motion denied.

**98–300.   State v. Williams.**
Hamilton App. No. C–960465.   On motion for leave to file delayed appeal.   Motion denied.

**98–326.   State v. Metcalf.**
Warren App. No. CA97–03–023.   On motion for leave to file delayed appeal.   Motion denied.

**98–332.   State v. Namish.**
Trumbull App. No. 96–T–5578.   On motion for leave to file delayed appeal.   Motion granted.
F.E. SWEENEY, J., dissents.

**98–348.   State v. Jordan.**
Lucas App. No. L–96–169.   On motion for leave to file delayed appeal.   Motion denied.
PFEIFER, J., dissents.

**98–352.   State v. Redwine.**
Cuyahoga App. Nos. 70892 and 70893.   On motion for leave to file delayed appeal.   Motion denied.
PFEIFER, J., dissents.

**98–388.   State v. Bartis.**
Franklin App. No. 97APA05–600.   On review of order certifying a conflict.   The court determines that a conflict exists; *sua sponte,* cause consolidated with 98–175, *State v. Bartis,* Franklin App. No. 97APA05–600, and cause held for the decision in 97–1985, *State v. Cook,* Allen App. No. 1–97–21; briefing schedule stayed.
F.E. SWEENEY, J., dissents.

**98–435.   State ex rel. Watkins v. Eighth Dist. Court of Appeals.**
In Mandamus.   This cause originated in this court on the filing of a complaint for a writ of mandamus.
Upon consideration of the motion of Cleveland Clinic Foundation and Michael Meehan to quash subpoena,
IT IS ORDERED by the court that the motion to quash subpoena be, and hereby is, denied.

**98–591.   State ex rel. Gains v. Hill.**
Mahoning App. No. 98 C.A. 12.   This cause is pending before the court as an appeal from the Court of Appeals for Mahoning County.   Upon consideration of appellant's emergency motion for stay of judgment,
IT IS ORDERED by the court that the emergency motion for stay of judgment be, and hereby is, denied.
DOUGLAS, J., not participating.

## DISCRETIONARY APPEALS ALLOWED

**97–2723.   Johnson v. BP Chemicals, Inc.**
Allen App. No. 1–97–32.   (Appeal of BP Chemicals, Inc.; cross-appeal of Norman A. Johnson.)   The discretionary appeal is allowed.
DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.
The discretionary cross-appeal is allowed.